UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SUPREME COURT, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-0592 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 7) |

Chris Epperson is proceeding *pro se* in this action, in which he identified the following defendants: (1) the Supreme Court of the United States; (2) Geoffrey S. Binney, identified as a pioneer from Texas; (3) Ronald Reagan, identified as a Republican from Kentucky; (4) Richard Nixon, identified as a Democratic from Montana; (5) Robert E. Wood, with the job or title identified as "Jefferson Petursburg" from New York City; and (6) "Valdmir Putin" from Moscow  (Doc. 1 at 1-4.)

The magistrate judge found Plaintiff failed to state a cognizable claim upon which relief may be granted, and recommended the action be dismissed as frivolous.  (Doc. 7 at 3-5.)  The Court served the Findings and Recommendations upon Plaintiff by mail on May 4, 2023 and notified him that any objections must be filed within 14 days of the date of service.  (*Id.* at 5.)  The Court informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff did not file any objections, and the time to do so has

expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 7) are **ADOPTED** in full.
2. The complaint is dismissed without leave to amend.
3. The action is **DISMISSED** without prejudice.
4. The Clerk of Court shall close this action.

IT IS SO ORDERED.

Dated:   **June 19, 2023**

UNITED STATES DISTRICT JUDGE